ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
ALEX C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.state.or.us
       Alex.Jones@doj.state.or.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEGACY HEALTH; LEGACY GOOD SAMARITAN HOSPITAL AND MEDICAL CENTER; LEGACY MOUNT HOOD MEDICAL CENTER; LEGACY MERIDIAN PARK HOSPITAL dba LEGACY MERIDIAN PARK MEDICAL CENTER; and LEGACY EMANUEL HOSPITAL & HEALTH CENTER dba LEGACY EMANUEL MEDICAL CENTER,<br><br>       Plaintiffs,<br><br>   v.<br><br>VAL HOYLE, in her official capacity as Commissioner of the Oregon Bureau of Labor and Industries; DUKE SHEPARD, in his official capacity as Deputy Commissioner of the Oregon Bureau of Labor and Industries; and OREGON BUREAU OF LABOR AND INDUSTRIES,<br><br>       Defendants. | Case No. 3:22-CV-005732-HZ<br><br>DECLARATION OF DUKE SHEPARD |

Page 1 -   DECLARATION OF DUKE SHEPARD
    BM2/sv3/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Duke Shepard, do declare as follows:

1. I currently serve as Deputy Labor Commissioner of the State of Oregon. I have served in that position since January 7, 2019.

2. On February 26, 2019, I met with a group of nurses who worked for Legacy Health. At the meeting, we discussed BOLI's meal-and-rest-period rule (OAR 839-020-0050).

3. On March 8, 2019, I received an email from Allison Filipovic, who was one of the nurses with whom I met on February 26, 2019. That email is attached as Exhibit 1 to this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July  18 , 2022.

            *s/ Duke Shepard*
            DUKE SHEPARD

Page 2 -   DECLARATION OF DUKE SHEPARD
  BM2/sv3/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000