**From:** Allison Crockett <allison96c@yahoo.com>
**Sent:** Friday, March 8, 2019 3:51 PM
**To:** Shepard, Duke <shepardd@boli.state.or.us>
**Subject:** Thank you for February 26th Meeting

# ALLISON FILIPOVIC

8732 SE Yamhill Street, Portland, OR 97216 | 503-944-9769 | allison96c@yahoo.com

March 8, 2019

Duke Shepard
Deputy Commissioner
Bureau of Labor and Industries
800 NE Oregon Street
Suite 1045
Portland, OR 97232

Dear Duke Shepard:

We wanted to take a moment to thank you again for taking the time to meet with us on February 26th. We know your schedule must be quite full, and we appreciate the opportunity you gave us to discuss our request with you and find out our possible future steps in seeking a resolution.

As we are quite invested in trying to change the rules around meal and break periods to make them safer and more feasible for our work environment, we will continue to work to try and find ideas that bolster our request in the hopes that when we can again approach you with it, we will have made it stronger and more likely to be accepted for consideration.

Thank you again for your time.

Sincerely,

Allison Filipovic, RN

Allison Young, RN

Ashlee Colby, RN

Bailey Taylor, RN