**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Richard C. Hunt,** OSB No. 680770
rhunt@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LEGACY HEALTH; LEGACY GOOD SAMARITAN HOSPITAL AND MEDICAL CENTER; LEGACY MOUNT HOOD MEDICAL CENTER; LEGACY MERIDIAN PARK HOSPITAL dba LEGACY MERIDIAN PARK MEDICAL CENTER; and LEGACY EMANUEL HOSPITAL & HEALTH CENTER dba LEGACY EMANUEL MEDICAL CENTER,<br><br>                Plaintiffs,<br><br>     v.<br><br>STATE OF OREGON; OREGON BUREAU OF LABOR AND INDUSTRIES; VAL HOYLE, in her official capacity as Commissioner of the Oregon Bureau of Labor and Industries; and DUKE SHEPARD, in his official capacity as Deputy Commissioner of the Oregon Bureau of Labor and Industries,<br><br>                Defendants. | **Case No. 3:22-cv-00573-HZ**<br><br>**DECLARATION OF RICHARD C. HUNT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Richard C. Hunt, declare as follows.

1.     I am one of the attorneys for Plaintiffs in the above-captioned case.

Page 1 – DECLARATION OF RICHARD C. HUNT IN SUPPORT OF PLAINTIFFS'
            MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

2. The Notices of Hearing in the contested case proceedings Case Nos. 58-20, 59-20, 60-20, and 61-20 were not issued by the Administrative Law Judge until April 29, 2022, eleven days after Plaintiffs commenced their lawsuit on April 18, 2022.

3. The Notice of Hearing in Case No. 58-20 recited: "Pursuant to a request for hearing received on April 27, 2022 this contested case has been set for hearing on: Date: TUESDAY, September 13, 2022." A copy of the Notice of Hearing in Case No. 58-20 (without the Notice of Intent (NOI) that was attached to the Notice of Hearing) is attached hereto as Exhibit 1.

4. The other three Notices of Hearing in Case Nos. 59-20, 60-20, and 61-20 recite that the Notices scheduling hearings on September 20, 2022, September 27, 2022, and October 4, 2022, are being issued pursuant to "a request for hearing received on April 28, 2022." A copy of the Notices of Hearing in Case Nos. 59-20, 60-20, and 61-20 (without the Notices of Intent (NOIs) that were attached to the Notices of Hearing) are attached hereto as Exhibits 2, 3, and 4.

5. At no time were Plaintiffs served with or provided copies of the "request for hearing received on April 27, 2022" or the request for hearing received on April 28, 2022.

6. In a press release dated September 13, 2018, BOLI stated: "$5,156,000 represents the largest potential assessment of civil penalties [against an Oregon employer] in the agency's history." A copy of the press release is attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the state of Oregon that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 26th day of August, 2022.

*s/Richard C. Hunt*

Richard C. Hunt

Page 2 – DECLARATION OF RICHARD C. HUNT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

4868-0933-8671, v. 1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2022, I served the foregoing **DECLARATION OF RICHARD C. HUNT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** on the following parties:

>   Brian Simmonds Marshall, Senior Assistant Attorney General
>   Alex C. Jones, Assistant Attorney General
>   Department of Justice
>   100 SW Market Street
>   Portland, OR 97201
>   Brian.S.Marshall@doj.state,or.us
>   Alex.Jones@doj.state.or.us
>       (Attorneys for Defendants)

by the following indicated method(s) set forth below:

- ☒ **Electronic Filing using the Court's ECF System**
- ☐ **Email**
- ☐ **Facsimile**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Overnight courier, delivery prepaid**

*s/Richard C. Hunt*
_____
Richard C. Hunt

CERTIFICATE OF SERVICE