BEFORE THE COMMISSIONER
OF THE BUREAU OF LABOR AND INDUSTRIES
OF THE STATE OF OREGON

| In the Matter of | Case No. 59-20 |
|---|---|
| **LEGACY MOUNT HOOD MEDICAL CENTER** | **NOTICE OF HEARING** |
| Respondent. | |

Pursuant to a request for hearing received on April 28, 2022, this contested case has been set for hearing on:

**DATE:** **TUESDAY, September 20, 2022**, **and successive days thereafter until concluded.**

**TIME:** **9:30 A.M.**

**PLACE:** **OFFICES OF THE BUREAU OF LABOR & INDUSTRIES, W.W. GREGG HEARINGS ROOM (10TH FLOOR), 1045 STATE OFFICE BUILDING, 800 NE OREGON STREET, PORTLAND OREGON**

The Notice of Intent is being provided along with this Notice of Hearing and is incorporated herein. It contains a statement of the matters being asserted by the Bureau along with references to the statutes and rules involved.

Any motions or other documents that participants wish to file must be mailed or hand-delivered to the Contested Case Coordinator. **Fax and e-mail filings are not allowed except under specific instruction of an Administrative Law Judge.** Following is the Contested Case Coordinator address and phone number:

**CONTESTED CASE COORDINATOR**
**Bureau of Labor and Industries**
**1045 State Office Building**
**800 NE Oregon Street**
**Portland, OR 97232-2180**
**(971) 358-3926**

**Any documents filed with the Contested Case Coordinator must also be served upon all other participants or their representatives, which includes the Agency, pursuant to OAR 839-050-0030(3).**

This case will be heard by Administrative Law Judge **Caroline Holien,** who is an employee of the Bureau and may be reached at the above address. The Bureau will be represented at the hearing by Chief Prosecutor Adam Jeffries, who is an employee of the Bureau. The Administrative Prosecutor's telephone number is: **971-353-3902.**

Dated: April 29*th*, 2022.

_____
**CAROLINE HOLIEN,** Administrative Law Judge
Bureau of Labor and Industries

> **Important Information on this Page and in the
> Enclosed Notice of Contested Case Rights and Procedures, Division 50 Rules, Multi-Language
> Notice, and Servicemembers Civil Relief Act Notification.**

## IMPORTANT INSTRUCTIONS

- All partnerships, corporations, unincorporated associations, including limited liability companies, and government agencies **MUST** be represented either by an attorney or by an "authorized representative" at all stages of the hearing, including the filing of an answer. OAR 839-050-0110 sets forth this requirement and also defines who may appear as an authorized representative. Before a person may appear as an authorized representative of a partnership, government agency, corporation, or unincorporated association that is a party to the contested case proceeding, the person must file a letter authorizing the person to appear on behalf of the party. Other Respondents, such as individuals, may choose whether or not to be represented by an attorney.

- An attorney appearing as counsel must be either a member in good standing with the Oregon State Bar, or a member in good standing of the bar of any United States court or the highest court of any state who is permitted to appear by the Administrative Law Judge in this proceeding. See OAR 839-050-0020.

- Be sure to read the enclosed **SUMMARY OF CONTESTED CASE RIGHTS AND PROCEDURES**, which describes the procedures to be followed in your hearing.

- **If you cannot participate in the scheduled hearing** at the time set, you must notify the Contested Case Coordinator **IMMEDIATELY** and request a postponement.

- **Postponements are NOT granted as a matter of right.** When a postponement is sought based on a foreseeable event, it should be requested as soon as possible after this Notice of Hearing is issued. Last-minute requests for postponement based on foreseeable events may be denied.

- In the event of inclement weather call the Contested Case Coordinator.

The hearing will be conducted under the authority and jurisdiction of ORS 183.310 to 183.550, Oregon Administrative Rules (OAR) 839-050-0000 to 839-050-0445 and those statutes and rules cited in the Notice of Intent.

The meeting location is accessible to disabled persons. A request for an interpreter for the hearing impaired, or for other accommodations for persons with disabilities, should be made as soon as possible to the Contested Case Coordinator at (971) 358-3926, or at Oregon Relay TTY: 711, and in any event at least 48 hours before the hearing.

Copies of the **NOTICE OF HEARING and NOTICE OF INTENT** were hand delivered or sent by internal State Mail services to:

| Adam Jeffries | Laura van Enckevort |
|---|---|
| Chief Prosecutor | Wage & Hour Division Administrator |
| Bureau of Labor and Industries | Bureau of Labor and Industries |
| 1045 State Office Building | 1045 State Office Building |
| 800 NE Oregon Street | 800 NE Oregon Street |
| Portland, OR 97232 | Portland, OR 97232 |

And placed in the outgoing Bureau of Labor and Industries mail to all those listed below on April 29, 2022:

*Diane M. Anicker*
Diane M. Anicker, Contested Case Coordinator

**Respondent:**

Legacy Mount Hood Medical Center
24800 SE Stark
Gresham, OR 97030

**Registered Agent for Respondent:**

Legacy Mount Hood Medical Center
Attn: Alexander Gladney, Registered Agent
Legal Services Department
1919 NW Lovejoy St.
Portland, OR 97209

**Attorneys for Respondent:**

Ms. Paula A Barran
Mr. Richard Hunt
Barran Liebman LLP
601 SW 2nd Ave Ste 2300
Portland, OR 97204
pbarran@barran.com
rhunt@barran.com

BEFORE THE COMMISSIONER
OF THE BUREAU OF LABOR AND INDUSTRIES
OF THE STATE OF OREGON

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I SERVED A COPY OF THE ATTACHED:

# NOTICE OF HEARING

In the Matter of:
**MOUNT HOOD MEDICAL CENTER.**
**Case #59-20**

**BY HAND DELIVERING OR PLACING IT IN INTERNAL STATE MAIL SERVICES TO EACH PERSON AT THE ADDRESS LISTED BELOW:**

| Adam Jeffries<br>Chief Prosecutor<br>Bureau of Labor and Industries<br>1045 State Office Building<br>800 NE Oregon Street<br>Portland, OR 97232 | Laura van Enckevort<br>Wage & Hour Division Administrator,<br>Bureau of Labor and Industries<br>1045 State Office Building<br>800 NE Oregon Street<br>Portland, OR 97232 |
|---|---|

**AND BY PREPARING AND PLACING IT IN THE OUTGOING BUREAU OF LABOR AND INDUSTRIES MAIL TO EACH PERSON OR ENTITY AT THE ADDRESSES LISTED BELOW:**

| Ms. Paula A Barran<br>Mr. Richard Hunt<br>Barran Liebman LLP<br>601 SW 2nd Ave Ste 2300<br>Portland, OR 97204<br>pbarran@barran.com<br>rhunt@barran.com<br><br>via Regular Mail | Legacy Mount Hood Medical Center<br>Attn: Alexander Gladney, Registered Agent<br>Legal Services Department<br>1919 NW Lovejoy St.<br>Portland, OR 97209<br><br>via Regular Mail and Certified Mail<br>Receipt #7020 1810 0002 0460 8261 |
|---|---|
| Legacy Mount Hood Medical Center<br>24800 SE Stark<br>Gresham, OR 97030<br><br>via Regular Mail | |

On Friday, April 29, 2022

_Diane M. Anicker_ (signature)

Diane M. Anicker, Contested Case Coordinator, Bureau of Labor and Industries, 971-358-3926

Exhibit 2 - Page 4 of 4
to Hunt Declaration