**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Richard C. Hunt,** OSB No. 680770
rhunt@barran.com
**Wilson S. Jarrell,** OSB No. 183784
wjarrell@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LEGACY HEALTH; LEGACY GOOD SAMARITAN HOSPITAL AND MEDICAL CENTER; LEGACY MOUNT HOOD MEDICAL CENTER; LEGACY MERIDIAN PARK HOSPITAL dba LEGACY MERIDIAN PARK MEDICAL CENTER; and LEGACY EMANUEL HOSPITAL & HEALTH CENTER dba LEGACY EMANUEL MEDICAL CENTER,<br><br>                  Plaintiffs,<br><br>   v.<br><br>STATE OF OREGON; OREGON BUREAU OF LABOR AND INDUSTRIES; VAL HOYLE, in her official capacity as Commissioner of the Oregon Bureau of Labor and Industries; and DUKE SHEPARD, in his official capacity as Deputy Commissioner of the Oregon Bureau of Labor and Industries,<br><br>                  Defendants. | Case No.  3:22-cv-00573-HZ<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Page 1 – PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

4893-4712-8635, v. 1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

Plaintiffs submit this Notice of Supplemental Authority in support of their Opposition to Defendants' Motion to Dismiss.

On October 20, 2022, in *Wakefield v. ViSalus, Inc.*, No. 21-35201, 2022 U.S. App. LEXIS 29228 (9th Cir. Oct. 20, 2022) (a copy of which is attached) the Ninth Circuit vacated the District Court for the District of Oregon's denial of defendant ViSalus's post-trial motion challenging the constitutionality of the statutory damages award.  In a case of apparent first impression the Ninth Circuit held that in certain extreme circumstances a due process test applies to aggregated statutory damage awards even when the per violation award is constitutionally sound.  Compensation and deterrence objectives can be overshadowed when damages are aggregated leading to awards that are largely punitive and untethered to the statute's purpose, and violate due process when the award is "so severe and oppressive as to be wholly disproportioned to the offense and obviously unreasonable." Citing *St. Louis, I.M. & S. Ry. Co. v. Williams*, 251 U.S. 63, 67 (1919).  The Ninth Circuit opinion also discusses guidance for determining whether a statutory damage award is disproportionally punitive in the aggregate.  Factors to be considered include the amount of an award to each plaintiff, the total award, the nature and persistence of alleged violations, the extent of the defendant's culpability, damage awards in similar cases, the substance or technical nature of the violations, and the circumstances of each case.

The Ninth Circuit remanded for the district court to assess, guided by these factors, whether the aggregate award in the class action is so severe and oppressive that it violates due process.

DATED this 25th day of October, 2022.

                                                BARRAN LIEBMAN LLP

By  *s/Richard C. Hunt*
     Paula A. Barran, OSB No. 803974
     pbarran@barran.com
     Richard C. Hunt, OSB No. 680770
     rhunt@barran.com
     Wilson S. Jarrell, OSB No. 183784
     wjarrell@barran.com
Attorneys for Plaintiffs

Page 2 – PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

4893-4712-8635, v. 1                **BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2022, I served the foregoing **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** on the following parties:

    Brian Simmonds Marshall, Senior Assistant Attorney General
    Alex C. Jones, Assistant Attorney General
    Department of Justice
    100 SW Market Street
    Portland, OR 97201
    Brian.S.Marshall@doj.state,or.us
    Alex.Jones@doj.state.or.us
      (Attorneys for Defendants)

by the following indicated method(s) set forth below:

- ☒ **Electronic Filing using the Court's ECF System**
- ☐ **Email**
- ☐ **Facsimile**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Overnight courier, delivery prepaid**

          *s/Richard C. Hunt*
          Richard C. Hunt

CERTIFICATE OF SERVICE

4893-4712-8635, v. 1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212