ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL  #196129
Senior Assistant Attorney General
ALEX C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us
            Alex.Jones@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEGACY HEALTH; LEGACY GOOD SAMARITAN HOSPITAL AND MEDICAL CENTER; LEGACY MOUNT HOOD MEDICAL CENTER; LEGACY MERIDIAN PARK HOSPITAL dba LEGACY MERIDIAN PARK MEDICAL CENTER; and LEGACY EMANUEL HOSPITAL & HEALTH CENTER dba LEGACY EMANUEL MEDICAL CENTER,<br><br>        Plaintiffs,<br><br>   v.<br><br>VAL HOYLE, in her official capacity as Commissioner of the Oregon Bureau of Labor and Industries; DUKE SHEPARD, in his official capacity as Deputy Commissioner of the Oregon Bureau of Labor and Industries; and OREGON BUREAU OF LABOR AND INDUSTRIES,<br><br>        Defendants. | Case No.  3:22-CV-00573-HZ<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF 14) |

Page 1 -   NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS'
         MOTION TO DISMISS (ECF 14)
      BM2/sv3/

Defendants submit as additional authority in support of their motion to dismiss (ECF 14) this Court's recent decision dismissing—on *Younger* abstention grounds—a complaint seeking to enjoin an Oregon state agency's administrative enforcement proceedings. *See Willamette Fam., Inc. v. Allen*, No. 6:22-CV-00978-AA, 2022 WL 17340428 (D. Or. Nov. 30, 2022). In *Willamette Family*, this "Court conclude[d] that it must abstain from deciding th[e] case," *id.* at *9, in favor of a state administrative enforcement action, *id.* at *6–*9.  That is the same reason Defendants here urge the Court to dismiss Legacy's Claim 1, Counts 1–6 and Claim 2, Counts 2–3. *See* ECF 14 at 9–14, 35.  Of particular note, *Willamette Family* held that the plaintiff "may raise federal constitutional challenges—including those raised here—at the pending contested case hearings." *Willamette Fam.*, 2022 WL 17340428 at *9. In this case, as in *Willamette Family*, "[t]o rule on the constitutional issues in these circumstances would interfere with the state's interest in the administration of its regulations and would 'put the federal court in the position of making a premature ruling on a matter of constitutional law.'" *Id.* at *10 (quoting *Gilbertson v. Albright*, 381 F.3d 965, 984 (9th Cir. 2004)).

DATED December 16, 2022.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Brian Simmonds Marshall*
    BRIAN SIMMONDS MARSHALL #196129
    Senior Assistant Attorney General
    ALEX C. JONES #213898
    Assistant Attorney General
    Trial Attorneys
    Tel (971) 673-1880
    Fax (971) 673-5000
    Brian.S.Marshall@doj.state.or.us
    Alex.Jones@doj.state.or.us
    Of Attorneys for Defendants

Page 2 -   NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS'
    MOTION TO DISMISS (ECF 14)
    BM2/sv3/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000