**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Richard C. Hunt,** OSB No. 680770
rhunt@barran.com
**Wilson S. Jarrell,** OSB No. 183784
wjarrell@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LEGACY HEALTH; LEGACY GOOD SAMARITAN HOSPITAL AND MEDICAL CENTER; LEGACY MOUNT HOOD MEDICAL CENTER; LEGACY MERIDIAN PARK HOSPITAL dba LEGACY MERIDIAN PARK MEDICAL CENTER; and LEGACY EMANUEL HOSPITAL & HEALTH CENTER dba LEGACY EMANUEL MEDICAL CENTER, | **Case No.  3:22-cv-00573-HZ** |
| Plaintiffs, | **PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| STATE OF OREGON; OREGON BUREAU OF LABOR AND INDUSTRIES; VAL HOYLE, in her official capacity as Commissioner of the Oregon Bureau of Labor and Industries; and DUKE SHEPARD, in his official capacity as Deputy Commissioner of the Oregon Bureau of Labor and Industries, | |
| Defendants. | |

Page 1 – PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs submit this Second Notice of Supplemental Authority in support of their Opposition to Defendants' Motion to Dismiss.

Defendants seek dismissal of Plaintiffs' claims which include claims regarding NLRA preemption, conflict preemption, the invalidity of rulemaking, the Agency's exceeding relevant statutory authority, conflicting superseding requirements, critical health care emergencies, and Section 1983 claims alleging violations of the First Amendment, the excessive fines clause, and equal protection rights.  Defendants rely upon the Younger Abstention doctrine and assert that Plaintiffs have the burden of showing that their claims cannot be litigated in the contested case proceedings.  (Defendants' Motion to Dismiss, pp. 12-13.)

However, in the contested case proceedings, when the hospitals sought to compel discovery regarding various affirmative defenses including preemption, irregularities in rulemaking, First Amendment violations, and the proposed assessment of excessive fines, the BOLI Administrative Prosecutor opposed the hospitals' Motion to Compel Discovery, contending that the defenses raised by the hospitals were not relevant.  In ruling upon the discovery issues, the BOLI Administrative Law Judge in a series of Interim Orders ruled that the focus of the hearing would be limited to whether the hospitals have committed the alleged violations of meal and break rules and that, as a consequence, the hospitals will not be allowed to compel discovery regarding many of their affirmative defenses.

Contrary to the Defendants' contentions in this matter, because BOLI's prosecutor has contended that the hospitals are prohibited from litigating their affirmative defenses at the contested case proceeding and because the Administrative Law Judge has agreed with the BOLI prosecutor that the hospitals are precluded from seeking discovery regarding their affirmative defenses, the hospitals do not have a "full and fair opportunity" to raise federal constitutional arguments in the state contested case proceedings, and thus the requirements for the application of the Younger Abstention doctrine have not been met.

/ / /

Page 2 – PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS

A copy of the Interim Order Denying Respondent's Second Motion to Compel and Denying

Motion for Leave to File Discovery Motion After Discovery Motions Deadline dated November 30,

2022, in Case No. 59-20 is attached.


DATED this 22nd day of December, 2022.

BARRAN LIEBMAN LLP


By *s/Richard C. Hunt*
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Richard C. Hunt, OSB No. 680770
rhunt@barran.com
Wilson S. Jarrell, OSB No. 183784
wjarrell@barran.com
Attorneys for Plaintiffs

Page 3 – PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December 2022, I served the foregoing

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION**

**TO DEFENDANTS' MOTION TO DISMISS** on the following parties:

Brian Simmonds Marshall, Senior Assistant Attorney General
Alex C. Jones, Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR  97201
Brian.S.Marshall@doj.state,or.us
Alex.Jones@doj.state.or.us
    (Attorneys for Defendants)

by the following indicated method(s) set forth below:

☒ **Electronic Filing using the Court's ECF System**

☐ **Email**

☐ **Facsimile**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Overnight courier, delivery prepaid**

*s/Richard C. Hunt*
Richard C. Hunt

CERTIFICATE OF SERVICE

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212