IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEGACY HEALTH; LEGACY GOOD SAMARITAN HOSPTIAL AND MEDICAL CENTER; LEGACY MOUNT HOOD MEDICAL CENTER; LEGACY MERIDIAN PARK HOSPITAL dba LEGACY MERIDIAN PARK MEDICAL CENTER; and LEGACY EMANUEL HOSPITAL & HEALTH CENTER dba LEGACY EMANUEL MEDICAL CENTER, | No. 3:22-cv-00573-HZ<br><br>JUDGMENT |

                Plaintiffs,

    v.

VAL HOYLE, in her official capacity as Commissioner of the Oregon Bureau of Labor and Industries; DUKE SHEPARD, in his official capacity as Deputy Commissioner of the Oregon Bureau of Labor and Industries; and OREGON BUREAU OF LABOR AND INDUSTRIES,

                Defendants.

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED: January 3, 2023 .

          *Marco Hernandez*
          MARCO A. HERNÁNDEZ
          United States District Judge

2 – JUDGMENT