# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Legacy Health; Legacy Good Samaritan Hospital and Medical Center; Legacy Mount Hood Medical Center; Legacy Meridian Park Hospital dba Legacy Meridian Park Medical Center

Name(s) of counsel (if any):

Richard C. Hunt
Paula A. Barran
Wilson S. Jarrell

Address: 601 SW 2nd Avenue, Suite 2300, Portland, Oregon 97204

Telephone number(s): 503-228-0500

Email(s): pbarran@barran.com; rhunt@barran.com; wjarrell@barran.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Val Hoyle; Duke Shepard; Oregon Bureau of Labor and Industries

Name(s) of counsel (if any):

Ellen Rosenblum
Brian Simmonds Marshall
Alex C. Jones

Address: 100 SW Market Street, Portland, Oregon 97201

Telephone number(s): 971-673-1880

Email(s): Brian.S.Marshall@doj.state.or.us; Alex.Jones@doj.state.or.us

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Legacy Emanuel Hospital & Health Center dba Legacy Emanuel Medical Center

Name(s) of counsel (if any):

Richard C. Hunt; Paula A. Barran; Wilson S. Jarrell

Address: 601 SW 2nd Avenue, Suite 2300, Portland, Oregon 97204

Telephone number(s): 503-228-0500

Email(s): pbarran@barran.com; rhunt@barran.com; wjarrell@barran.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6    2    New 12/01/2018