|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | MAY 24 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LEGACY HEALTH; et al.,<br><br>          Plaintiffs-Appellants,<br><br> v.<br><br>OREGON BUREAU OF LABOR AND INDUSTRIES; et al.,<br><br>          Defendants-Appellees. | No.   23-35039<br><br>D.C. No. 3:22-cv-00573-HZ<br>District of Oregon,<br>Portland<br><br>ORDER |

This case shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes until September 29, 2023. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

On or before September 22, 2023, counsel are requested to contact the mediator (steven_saltiel@ca9.uscourts.gov@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator